1  James A. Du Charme (SBN 61002)
   DU CHARME & COHEN
2  450 Taraval Street, P.M.B. 317
   San Francisco, CA 94116-2530
3  415 495 4171
   jducharme@pacbell.net
4
5  Attorney for Plaintiff Carolyn Wesley

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN WESLEY, | ) Case No: C 07-4685 JCS |
|---|---|
| Plaintiff, | ) RETURN OF SERVICE ON SUMMONS AND ) COMPLAINT |
| vs. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

Attached is the Declaration of Personal Service of Summons and Complaint on the Agent for Process for Defendant United States of America.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

CAROLYN WESLEY

V.

THE UNITED STATES OF AMERICA

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 4685 JCS**

TO: (Name and address of Defendant)

The United States of America
c/o Civil Process Clerk - United States Attorney's Office
450 Golden Gate Avenue - 11th Floor
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James A. Du Charme
Du Charme & Cohen
450 Taraval Street, PMB 317
San Francisco, CA 94116-2530
(415) 495-4171

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                             SEP 1 1 2007
CLERK                                          DATE

_/s/_
(By) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 11, 2007 @ 2:25 pm |
| NAME OF SERVER *(PRINT)* James A. Du Charme | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ G  Other (specify): Personally served Elsie Sato, Agent for Process for Defendant United States of America, , 450 Golden Gate Avenue 9th Floor, San Francisco, California

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 12, 2007        *[signature]*
           Date                         Signature of Server

450 Taraval Street, PMB 317
San Francisco, CA 94116-2530
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.