**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                     415.522.2000

**November 16, 2007**

**CASE NUMBER:  CV 07-00006 JCS and CV 07-4685 JCS**
**CASE TITLE:  CAROLYN WESLEY-v-DICK MORGANTI NIBBI, ET AL**

<u>REASSIGNMENT ORDER</u>

  GOOD CAUSE APPEARING THEREFOR,

  IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

  Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.

  ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/16/07

                FOR THE EXECUTIVE COMMITTEE:

                _____
                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies      Special Projects
Log Book Noted           Entered in Computer 11/16/07ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel         Transferor CSA