UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAROL WESLEY,

         CASE NO. C 07-4685 MMC

    Plaintiff(s),

  v.         NOTICE OF NEED FOR ADR PHONE
          CONFERENCE
UNITED STATES OF AMERICA,

    Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
 ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 12/14/2007 at 10:30 am

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| James A. Du Charme, Esq. | Plaintiff | 415.495.4171 | jducharme@pacbell.net |
| Abraham A. Simmons, AUSA | Defendant, USA | 415.436.7264 | abraham.simmons@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/30/2007            /s/ James A. Du Charme
                  Attorney for Plaintiff

Dated: 11/30/2007            /s/ Abraham A. Simmons
                  Attorney for Defendant

Rev 1.05

**CERTIFICATE OF SERVICE**

<u>Wesley v. United States of America</u>
**C 07-4685 MMC**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Notice of Need for ADR Phone Conference**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FEDERAL EXPRESS via Priority Overnight

_X___ EMAIL

____ FACSIMILE (FAX)

to the party(ies) addressed as follows:

| James A. Du Charme, Esq.<br>Du Charme & Cohen<br>450 Taraval Street, PMB 317<br>San Francisco, CA 94116-2530<br>PH: 415.495.4171    FX:<br>Email: jducharme@pacbell.net | ADR Unit<br>adr@cand.uscourts.gov |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this December 3, 2007 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant