UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carolyn Wesley Plaintiff(s),

v.

USA Defendant(s).

Case No. 07-4685 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/5/07

[Party] - Mark Ezerski - for GSA
Scott N. Schools,

Dated: 12/5/07

[Counsel] Abraham Simmons
Assistant US Attorney

**CERTIFICATE OF SERVICE**

**Wesley v. United States of America**
**C 07-4685 MMC**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADR Certification by Parties and Counsel**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FEDERAL EXPRESS via Priority Overnight

_X___ EMAIL

____ FACSIMILE (FAX)

to the party(ies) addressed as follows:

ADR Unit
adr@cand.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this December 6, 2007 at San Francisco, California.

                                         ____/s/_____
                                         LILY HO-VUONG
                                         Legal Assistant