James A. Du Charme (SBN 61002)
DU CHARME & COHEN
450 Taraval Street, P.M.B. 317
San Francisco, CA 94116-2530
415 495 4171
jducharme@pacbell.net

Attorney for Plaintiff Carolyn Wesley

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN WESLEY, | ) Case No: C 07-4685 MMC |
|---|---|
| Plaintiff, | ) Plaintiff's Certification of Interested |
| vs. | ) Entities or Persons |
| THE UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

Comes now the undersigned, attorney of record for Plaintiff Carolyn Wesley and

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 7, 2007

Du Charme & Cohen

James A. Du Charme (SBN 61002)
Attorneys for Plaintiff Carolyn Wesley

CERTIFICATE OF SERVICE

WESLEY vs. USA                                              C- 07-4685 MMC

I, THE UNDERSIGNED, DECLARE:

1. I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action; my business address is 450 Taraval Street, PMB 317, San Francisco, California 94116-2530

2. On December 7, 2007 I served the within document(s):

**Plaintiff's Certification of Interested Entities or Persons**

___ THE ORIGINAL(S) and/or a TRUE _XX_ COPY(IES) thereof on the parties in said action:

Abraham A. Simmons          abraham.simmons@usdoj.gov
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue -9th Floor
San Francisco, CA 94102

    By mail; the document(s) described above were enclosed in a sealed envelope with postage thereon, fully prepaid, addressed as indicated above, and deposited with the U.S. Postal Service in Vallejo, California.

    By personal delivery of the above document(s) to the person(s) at the address(es) listed above;

    By facsimile transmission of the above document(s) to the facsimile number(s) corresponding to the above name;

xx    By e-mail transmission of the document(s) to the E-MAIL address(es) corresponding with the name(s) above

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed this _7TH_ Day of December 2007 at Vallejo, California.

                                                James A. Du Charme