UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAROLYN WESLEY

          Plaintiff(s),

v.

UNITED STATES

          Defendant(s).
_____/

Case No. C 07 4685 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/08/07

                                                         Carolyn Wesley
                                                         [Party]

Dated: 12/08/2007

                                                         James A. Du Charme
                                                          [Counsel]

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|

Rev. 12/05

CERTIFICATE OF SERVICE

WESLEY vs. USA                                                            C- 07-4685 MMC

I, THE UNDERSIGNED, DECLARE:

    1.    I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action; my business address is 450 Taraval Street, PMB 317, San Francisco, California 94116-2530

    2.    On December 09, 2007 I served the within document(s):

Plaintiff's **ADR CERTIFICATION BY PARTIES AND COUNSEL**

\_\_ THE ORIGINAL(S) and/or a TRUE \_XX\_ COPY(IES) thereof on the parties in said action:

Abraham A. Simmons          abraham.simmons@usdoj.gov
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue -9th Floor
San Francisco, CA 94102

    By mail; the document(s) described above were enclosed in a sealed envelope with postage thereon, fully prepaid, addressed as indicated above, and deposited with the U.S. Postal Service in Vallejo, California.

    By personal delivery of the above document(s) to the person(s) at the address(es) listed above;

    By facsimile transmission of the above document(s) to the facsimile number(s) corresponding to the above name;

xx    By e-mail transmission of the document(s) to the E-MAIL address(es) corresponding with the name(s) above

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed this 09\_ Day of December 2007 at Vallejo, California.

James A. Du Charme

---