**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

E-Filing

Date: _DEC 13 2007_

C-07-4685-MMC

__Carolyn Wesley__ v __United States of America__

Attorneys: __James Du Charme__  __Abraham Simmons__

Deputy Clerk: **TRACY LUCERO**   Reporter: __Not Reported__

**PROCEEDINGS:**   **RULING:**

1. _____  _____

2. _____  _____

3. _____  _____

4. _____  _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 1/23/09.
Meet & confer by 3/9/09. Joint statement due by 1/16/09.

(✓) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court ✓

(✓) Referred to Magistrate For: __Early Settlement before Mag. Laporte__
  (✓) By Court  (To be conducted mid to late April 2008)
(✓) CASE CONTINUED TO __1/23/09 @ 10:30__ for __Further Status Conference__

Discovery Cut-Off __11/14/08__   Expert Discovery Cut-Off __1/9/09__
π/Δ
~~Plntf~~ to Name Experts by __12/5/08__   π/Δ Rebuttal ~~Deft~~ to Name Experts by __12/19/08__

P/T Conference Date __4/14/09 @ 3:00__  Trial Date __4/27/09 @ 9:00__ Set for __3-4__ days
    Type of Trial: ( ) Jury  (✓) Court
Notes: __Initial deposition of π to be conducted in February 2008.__
__Initial subpoenas to π's health care providers to be issued__
__in December 2007.__


cc: Wings, Lili (13 min)