**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

## CIVIL MINUTES

Date: April 16, 2008     Time: 9:00 - 11:07 a.m.

Case No:  **C-** 07-04685 MMC **(EDL)**

Case Name:  CAROLYN WESLEY **v.** USA

    Deputy Clerk: Frank Justiliano     Court Reporter: None

    Attorneys:  Pltf: James DuCharme     Deft: Abraham Simmons

---

### PROCEEDINGS

[X]   SETTLEMENT CONFERENCE          []   FURTHER SETTLEMENT CONFERENCE

CASE CONTINUED TO: June 27, 2008 at 9:30 a.m.   FOR   Further Settlement Conference

NOTES: Revised statements due by June 17, 2008.

cc: Chambers, CRD