UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN WESLEY,

      Plaintiff,

      v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

No. C-07-04685 MMC (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for July 23, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **August 20, 2008 at 9:30 a.m**.

Updated Settlement Conference statements, if not previously submitted, are due August 13, 2008. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: July 11, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge