1  James A. Du Charme (SBN 61002)
   DU CHARME & COHEN
2  450 Taraval Street, P.M.B. 317
   San Francisco, CA 94116-2530
3  415 495 4171
   jducharme@pacbell.net
4
   Attorney for Plaintiff Carolyn Wesley
5

6  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
7  JOANN M. SWANSON (CSBN 88143)
   Acting Chief, Civil Division
8  ABRAHAM A. SIMMONS (CSBN 142400)
   Assistant United States Attorney
9
       450 Golden Gate Avenue, Box 36055
10     San Francisco, California 94102-3495
       Telephone: (415) 436-7264
11     FAX: (415) 436-6748

12 Attorneys for Defendant United States

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN FRANCISCO DIVISION
16

17 | CAROLYN WESLEY,                )    No. C 07-4685 MMC (EDL)
                                    )
18 |          Plaintiff,             )
                                    )    ORDER APPROVING STIPULATED
19 |   v.                           )
                                    )    **DISMISSAL WITH PREJUDICE**
20 | UNITED STATES OF AMERICA,      )
                                    )
21 |                                )
                                    )
22 |          Defendant.             )
                                    )
23
        Pursuant to the Settlement Agreement and Release entered into between the parties in the
24
   above-captioned matter, the parties hereby stipulate and agree to dismiss this cause and action
25
   ///
26
   ///
27
   ///
28

   Stipulated Dismissal
   No. C 07-4685 MMC (EDL)

with prejudice.

IT IS SO STIPULATED:

Dated: Sept. 4, 2008

James A. Du Charme
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 11/6/08

ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation IT IS SO ORDERED.

Dated: November 7, 2008

HON. MAXINE M. CHESNEY
United States District Court Judge

Stipulated Dismissal
No. C 07-4685 MMC (EDL)

1